Michael Jaurigue (SBN 208123)
Rex J. Phillips (SBN 237747)
JAURIGUE LAW GROUP
300 West Glenoaks Boulevard, Suite 300
Glendale, California 91202
Telephone: 818.630.7280
Facsimile: 888.879.1697
service@jlglawyers.com
michael@jlglawyers.com
rex@jlglawyers.com

Attorneys for Plaintiff
NATHALIA RIDENHOUR

Luis E. Lorenzana, Bar No. 248162
llorenzana@littler.com
Stephanie A. Kierig, Bar No. 312294
skierig@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
ASURION INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHALIA RIDENHOUR, an individual, | Case No. 1:26-cv-00966-KES-FRS (SKO) |
| Plaintiff, | **ORDER ON JOINT STIPULATION TO STAY ACTION AND SUBMIT CASE TO BINDING ARBITRATION** |
| v. | |
| ASURION INSURANCE SERVICES, INC.; and DOES 1 through 50, inclusive, | (Doc. 9) |
| Defendants. | |

CASE NO. 1:26-cv-00966-KES-FRS (SKO)

## **ORDER**

Upon consideration of the Parties' Joint Stipulation to Stay Action and Submit Case to Binding Arbitration, (Doc. 9), it is hereby **ORDERED** as follows:

1. Plaintiff shall submit her claims as set forth in the Complaint to binding arbitration in accordance with the terms of the Arbitration Agreement;

2. This action is **STAYED** in its entirety pending resolution of the arbitration, and all dates on calendar in this action, including the Mandatory Scheduling Conference set for May 5, 2026, are hereby **VACATED**; and

3. The Parties shall inform the Court within fourteen (14) days of any completed settlement or resolution of Plaintiff's claims by arbitration award so the action can be dismissed.

IT IS SO ORDERED.

Dated:    **March 18, 2026**                    _/s/ Sheila K. Oberto_
                                                UNITED STATES MAGISTRATE JUDGE

2                                CASE NO. 1:26-cv-00966-KES-FRS (SKO)
ORDER ON JOINT STIPULATION TO STAY ACTION AND
SUBMIT CASE TO BINDING ARBITRATION